# United States District Court
## Violation Notice

**CVB Location Code:** U34

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAVR00P9 | Schiedel | 1723 |

FAVR00P9

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/21/2021 19:10

**Offense Charged:** FED 36 CFR 261.15H

**Place of Offense:** SOAPSTONE BASIN

**Offense Description: Factual Basis for Charge**
IN A MANNER WHICH DAMAGES OR UNREASONABLY DISTURBES THE LAND

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| GREEN | JASON | A |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐   Sex ☐ M  ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

**VIN:**   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| D84 8YZ | UT | 2011 | DODG/ | ☐ | GRY |

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 351 South, West Temple . Salt Lake City, Utah 84101

**Date (mm/dd/yyyy):**

**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FAVR00P9

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  08/21/2021  while exercising my duties as a law enforcement officer in the _____ District of  UT

Pursuant to 16USC 551: While working on the UINTA-WASATCH-CACHE National Forest, HEBER-KAMAS Ranger District, Summit County Utah, Officer Schiedel was informed of a resource damage case by 2A55, DNR Officer Skaggs. Damage was to a open meadow, truck with fifth wheel trailer and attached ATV trailer were in middle of meadow. Vehicle tracks indicated the driver drove into a meadow then as he started to get stuck, attempted to drive out but ran into a even wetter area of super saturated soil, thus getting stuck to the frame of the pickup truck. Male driver was remorseful, indicating he would repair the damage. Family and vehicles stayed in place over night as there were no tow trucks willing to attempt recovery until following morning. Officer Schiedel offered to get them to town, the family elected to remain on site until morning. Officer Schiedel returned with two tow trucks from PARK CITY TOW to remove the vehicles from the meadow. Recovery was an estimated 2.5 hours, ground was still very muddy. Citation for damaging the land.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
08/21/2021
Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident